CAUSE NO.     PD-1426-14

DARRELL J. HARPER                    IN THE CRIMINAL COURT OF APPEALS

        V.                           THIRD JUDICIAL DISTRICT

STATE OF TEXAS                       SITTING IN AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 05 2015
Abel Acosta, Clerk

PETITION

TO THE OFFICE OF CLERK:

1. Come now Appellant, Darrell J. Harper, Petitions Court for discretionary review against Appellee, State of Texas, for Civil Rights Violation.

2. Trial Court No. D-1-DC-11-904887 ; Appeal No. 03-12-0075CR

3. Appellant is a convicted felon due to lack of jurisdiction Appellee, State of Texas, has for Prosecuting civil rights Violators, on account of appellant's reputation for filing employment discrimination complaints, and trial court no. D-1-DC-11-404067 has abuse the legal process to execute legal scandals that has improperly tried appellant in State Court for the crime of Terroristic Threat + Retaliation that should have been treated as a federal offense in Violation of the Civil Rights Act of 1964, as amended.

WHEREFORE, Appellant, Darrell J. Harper pray the petition is successful.

                              Very Truly Yours,
                              Darrell J Harper
                              Darrell J. Harper Pro Se
                              Inmate No. 1457724
                              D.B. Ellis Unit
                              1647 FM 980
                              Huntsville, Texas 77343

          Certification Of Service

Appellant Darrell J. Harper does hereby certify that the Petition is true and correct for Processing on or around Thursday the 30th day of April 2015 in accordance with Tex. Crim. App. Rules and Procedures.

                              Darrell J Harper
                              Darrell J. Harper

CAUSE NO.

DARRELL J. HARPER        IN THE CRIMINAL COURT OF APPEALS

V.        THIRD JUDICIAL DISTRICT

STATE OF TEXAS        SITTING IN AUSTIN, TEXAS

## ORDER GRANTING APPELLANT'S PETITION

On this the _____ day of _____ _____

Came on to be heard Appellant, Darrell J. Harper's Petition. And it said that the Petition shall be hereby Granted or Denied.

( ) GRANTED        ( ) DENIED

Signed on this the _____ day of _____ _____

_____
Presiding Judge